

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00464-CV

**IN THE INTEREST OF A.A.R., A.S.N., C.G.N. AND J.A.G., CHILDREN,**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30,953
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

Appellant's brief was due to be filed on or before September 28, 2015 in this accelerated appeal from an order terminating appellant's parental rights. Appellant was granted two extensions of time to October 22, 2015 and was admonished that no further extensions would be allowed given appellant's delay in requesting and paying for the reporter's record.

Because no brief has been filed, it is ORDERED appellant show cause in writing within ten days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Response should include a reasonable explanation for failure to timely file the brief and should demonstrate affirmative steps taken to remedy the deficiency. If appellant intends for the response to act as a motion for extension of time, it must comply with Rule 10.5 of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. If appellant no longer wishes to pursue this appeal, the response should include a motion to dismiss.

If this Court does not receive brief and an adequate response within ten days, the appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court